```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEFINA S., et al.,

        Plaintiffs,

-against-

THE CITY OF NEW YORK,

        Defendant.

17-CV-7661 (AJN) (BCM)

**ORDER SCHEDULING CONTINUED PRE-SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a follow-up counsel-only telephonic pre-settlement conference on **January 6, 2021, at 10:00 a.m.** Counsel are directed to call **(888) 557-8511** and enter (a) the access code **7746387** and (b) the security code that the Court will provide to you, by email. Clients need not join the conference. In advance of the conference, and no later than **January 4, 2020, at 12:00 noon**, the parties shall submit a confidential joint settlement status letter via email to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on the status of settlement negotiations and which issues remain unresolved.

    If, after meeting and conferring among themselves, the parties wish to arrange a different remote technology (*e.g.*, videoconferencing), they must request permission to use that technology by letter-motion, at least one week prior to the date of the conference, and be prepared to discuss the capabilities and security features of the proposed technology with the Court's staff.

Dated:  New York, New York
          November 17, 2020

                        **SO ORDERED**.

                        */s/ Barbara Moses*

                        **BARBARA MOSES**
                        **United States Magistrate Judge**