```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEFINA S., et al.,

       Plaintiffs,

-against-

THE CITY OF NEW YORK,

       Defendant.

17-CV-7661 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The counsel-only telephonic pre-settlement conference currently scheduled for **January 6, 2021, at 10:00 a.m.** shall start at **9:30 a.m.** The dial-in information, pre-conference requirements, and attendance requirements remain the same. (Dkt. No. 110.)

Dated: New York, New York
      December 15, 2020

                        **SO ORDERED**.

                        **BARBARA MOSES**
                        **United States Magistrate Judge**