

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/17/2020__

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

ROSEMARY C. YOGIAVEETIL
phone: (212) 356-0877
fax: (212) 356-1148
email:ryogiave@law.nyc.gov
(not for service)

December 17, 2020

By ECF
Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Josefina S. v. The City of New York
      17 CV 7661 (AJN)(BM)

Dear Judge Moses:

      I am an Assistant Corporation Counsel assigned to represent Defendant City of New York ("Defendant") in the above-referenced matter in which Plaintiffs allege, *inter alia*, that the New York City Administration for Children's Services ("ACS") discriminates against parents with intellectual disabilities. I write jointly with Plaintiffs' counsel to respectfully request a two-week adjournment of the second pre-settlement conference in this action, currently scheduled for January 6, 2021.

      As anticipated and discussed during the November 17, 2020 pre-settlement conference, the parties have sought additional information from each other and consulted with their respective experts and partners about the primary issue in dispute and the proposal presented during that conference. Plaintiffs sent Defendant some information in response to Defendant's request. Defendant has reviewed and responded to that information. Defendant is also awaiting responses from partners on some items relevant to the latest proposal. Moreover, following a discussion on December 15, 2020, both sides recognized a need for additional information in order to fully present and to evaluate a proposal on this issue. These information requests, however, require consultation with additional experts and third-parties. Given the holiday season and the ongoing delays in receiving responses due to COVID-19, the parties

- 2 -

believe we would benefit from additional time to gather, to exchange, and to discuss information relevant to the proposal at issue.

Thus, the parties respectfully request to adjourn the January 6, 2021 pre-settlement conference by two weeks, with a corresponding extension of their deadline to submit a joint letter to the Court in accordance with the November 17, 2020 Order (ECF Dkt. No. 110). This would allow the parties to make the best use of the Court's time during the pre-settlement conference, after we have further evaluated necessary information and discussed the proposal in question.

Thank you for your consideration of this request and for your continued assistance with this matter.

Respectfully,

/s/ James H.R. Windels
James H.R. Windels
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017

/s/ Rosemary C. Yogiaveetil
Rosemary C. Yogiaveetil
Assistant Corporation Counsel

/s/ Jane Greengold Stevens
Jane Greengold Stevens
Beth Goldman
**New York Legal Assistance Group**
7 Hanover Square
New York, NY 10004

*Attorneys for Plaintiffs*

---

Application GRANTED. The January 6, 2021 pre-settlement conference is hereby ADJOURNED to **January 21, 2021, at 10:00 a.m.** The dial-in information and attendance requirements remain the same. (*See* Dkt. No. 110.) The parties shall submit a confidential joint settlement status letter via email to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on the status of settlement negotiations and which issues remain unresolved, no later than **January 14, 2021**. SO ORDERED.

Barbara Moses, U.S.M.J.
December 17, 2020