New York        Paris
Northern California   Madrid
Washington DC   Tokyo
São Paulo       Beijing
London          Hong Kong

**Davis Polk**

Davis Polk & Wardwell LLP    212 450 4000 tel
450 Lexington Avenue         212 701 5800 fax
New York, NY 10017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021

January 21, 2020

Re:    **Josefina S., et al. v. The City of New York**, No. 17-CV-07661 (AJN)

**Via ECF**

Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Dear Judge Moses:

    We represent Plaintiffs in the above-referenced action in which we allege that the Defendant the City of New York's Administration for Children's Services ("ACS") discriminates against parents with intellectual disabilities. We write jointly, with counsel for Defendant, to request to reschedule the pre-settlement conference currently scheduled for January 26, 2021 at 12:00 p.m.

    Since the last pre-settlement conference on November 17, 2020, the parties have worked diligently to address the outstanding issues in the case. After several unsuccessful efforts, earlier this week we had a potentially encouraging conversation. Next week, Plaintiffs are prepared to present a significantly different settlement proposal to Defendant. In order to give Defendant time to assess and respond to this new proposal, we respectfully request that you adjourn the pre-settlement conference until one of the following dates and times when all of the parties are available:

- March 9, 2021 after 12 p.m.
- March 10, 2021 after 12 p.m.
- March 11, 2021 after 12 p.m.

    This pre-settlement conference was originally scheduled for January 6, 2021 (Dkt. 110). The parties asked to adjourn this conference once previously (Dkt. 114). Defendant additionally asked for a date change to that adjournment in order to accommodate the schedule of ACS's Chief Medical Officer, Dr. Mendoza, who was present at the November conference (Dkt. 116). Both of those requests were granted (Dkts. 115, 117).

January 21, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ James H.R. Windels | /s/ Jane Greengold Stevens |
| James H.R. Windels | Jane Greengold Stevens |
| **DAVIS POLK & WARDWELL LLP** | Beth Goldman |
| 450 Lexington Avenue | **New York Legal Assistance Group** |
| New York, NY 10017 | 100 Pearl Street |
| | New York, NY 10004 |
| *Attorneys for Plaintiffs* | |

/s/ Rosemary C. Yogiaveetil
Rosemary C. Yogiaveetil
Assistant Corporation Counsel
**Office of the Corporation Counsel**
100 Church Street
New York, NY 10007

*Attorney for Defendant*

---

Application GRANTED to the extent that the pre-settlement conference currently scheduled for January 26, 2021 at 12:00 noon is hereby ADJOURNED SINE DIE. The Court does not have availability the week of March 8. If, after defendant assesses the settlement proposal that plaintiffs intend to present next week, the parties feel that a further conference with the Court would be helpful, they should contact chambers to determine the Court's availability and then renew their letter-motion seeking another pre-settlement conference. SO ORDERED.

*[signature]*

Barbara Moses, U.S.M.J.
January 25, 2021