USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                :

JOSEFINA S., et al.,                :

                  Plaintiffs,     :

                                  :         17-CV-7661 (VEC)

                -against-             :

                                    :              ORDER

THE CITY OF NEW YORK,        :

                       Defendant(s).     :

                                    :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties have been in settlement negotiations for more than 2.5 years, Dkt.
78;

       WHEREAS on April 10, 2022, this case was reassigned to the Undersigned.

       IT IS HEREBY ORDERED that all existing deadlines remain in place.  The pending

motion for class certification (Dkt. 37) remains administratively denied with leave to refile.  *See*

Order, Dkt. 85.  Expert discovery remains stayed.  *See* Endorsement, Dkt. 139.

       IT IS FURTHER ORDERED that the parties' next status update is due no later than

**Friday, May 13, 2022**.  Given that the Undersigned is new to this matter, the status update must

include a brief description of (a) the parties' respective claims and defenses; (b) any outstanding

motions or deadlines, due dates, or cut-off dates, including those that have been stayed; (c) the

status of the settlement negotiations; (d) whether the parties would like a settlement conference

with the assigned Magistrate Judge; and (e) any other information that the parties believe may

assist the Court in advancing the case to settlement or trial.

       IT IS FURTHER ORDERED that a status conference will be held on **Tuesday, May 24,**

**2022 at 3:00 P.M.**  The conference will be held in Courtroom 443 of the Thurgood Marshall

United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:**  **April 11, 2022**
      **New York, NY**

            **VALERIE CAPRONI**
            **United States District Judge**