```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JOSEFINA S., et al.,                                                 :
                                  Plaintiffs,                        :
                                                                     :                17-CV-7661 (VEC)
                -against-                                            :
                                                                     :                     ORDER
                                                                     :
THE CITY OF NEW YORK,                                                :
                                  Defendant(s).                      :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 18, 2022, the parties appeared before the Undersigned for a status conference.

      IT IS HEREBY ORDERED that all discovery deadlines are adjourned *sine die* in light of the parties' continuing settlement negotiations.

**SO ORDERED.**

Date:  November 18, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**