UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

JOSEFINA S., DEAJA D., CYNTHIA Q., SHANTELL S., and BIANCA M., on behalf of themselves and all others similarly situated,

                Plaintiffs,

         -against-                        1:17-CV-7661 (VEC)

THE CITY OF NEW YORK,

                Defendant.

----------------------------------------------------------------------- X

## NOTICE OF PLAINTIFFS' MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND FINAL APPROVAL OF THE PROPOSED CLASS SETTLEMENT

PLEASE TAKE NOTICE, that upon Plaintiffs' Memorandum of Law in Support of Plaintiffs' Final Approval Motion, and the attached declaration of Elizabeth Jois, Plaintiffs, on behalf of a class of similarly situated individuals, by their attorneys, will move this Court before the Honorable Valerie E. Caproni, United States District Judge, at United States Courthouse for the Southern District of New York, at 40 Foley Square, New York, New York, on a date to be determined by the Court, for an order granting certification of a settlement class and final approval of the proposed class settlement.

Dated:  January 8, 2024
New York, New York

Respectfully submitted,

**NEW YORK LEGAL ASSISTANCE GROUP**

**LISA RIVERA, ESQ.**

**By:** \_\_\_\_/s/ *Elizabeth Jois*_____

    Elizabeth Jois, of counsel
    Danielle Tarantolo, of counsel
    Genesis Miranda, of counsel
100 Pearl St., 19th Floor
New York, NY 10004
Telephone: (212) 613-5093
Facsimile: (212) 714-7575
Email: ejois@nylag.org


**DAVIS POLK & WARDWELL, LLP**

**By:** \_\_\_*/s/ James H.R. Windels*_____
    James H.R. Windels, counsel
    Meredith Manning, counsel
    Jonathan Asher Huberman, counsel
    Stephanie Hansen, counsel
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: james.windels@davispolk.com

*Attorneys for the Named Plaintiffs and Class Members*