UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
JOSEFINA S., DEAJA D., CYNTHIA Q., SHANTELL S., and :
BIANCA M., on behalf of themselves and all others similarly :
situated, :
: 1:17-CV-7661 (VEC)
                      Plaintiffs, :
: SUPPLEMENTAL
-against- : DECLARATION OF
: ELIZABETH JOIS
THE CITY OF NEW YORK, :
                      Defendant. :
:
------------------------------------------------------------------- X

Elizabeth Jois hereby declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

      1.      I am an attorney duly admitted to practice in the Southern District of New York. I am a Supervising Attorney in the Special Litigation Unit of the New York Legal Assistance Group ("NYLAG"), which, along with Davis Polk & Wardwell, LLP, represents the Named Plaintiffs and class members (the "Class Members," and together, the "Class"[1]).

      2.      Plaintiffs have entered a class-wide Settlement Agreement with Defendant City of New York ("the City" or "Defendant").

      3.      The Court granted preliminary approval of the Settlement Agreement on September 22, 2023. Preliminary Approval Order, ECF No. 175.

      4.      I make this declaration in support of Plaintiffs' motion for final approval of the Settlement Agreement.

---

[1] All capitalized terms have the same meaning as in the Stipulation of Settlement, attached as Exhibit A.

**Notice to the Class**

5.  Class Counsel has taken the steps required in Section II of the Class Notice Plan, ECF No. 174-4.

6.  The Long-Form Notice and Settlement Agreement have been posted on NYLAG's website since October 4, 2023. They can be viewed at www.nylag.org/josefina/.

7.  I sent an email on October 10, 2023 to attorneys at the four Institutional Providers (Brooklyn Defender Services, The Bronx Defenders, Neighborhood Defender Service, and the Center for Family Representation) describing the Settlement Agreement and attaching the Long-Form Notice.

8.  On that same day, I also emailed the Long-Form Notice to the individuals listed on the websites for the 18(b) panels in the 1st and 2nd Judicial Departments and asked them to forward the notice to all 18(b) attorneys in their respective departments.

9.  Counsel for the Defendant has assured me that the New York City Administration for Children's Services ("ACS") and Corp. Counsel have taken the steps required in Sections III and IV of the Class Notice Plan.

10. The Long-Form Notice and Settlement Agreement are available on the ACS website at https://www.nyc.gov/site/acs/about/josefina-s-vs-ny.page.

11. Additionally, several Class Members or other interested parties have called NYLAG's *Josefina S.* hotline after seeing the Short-Form Notice in courthouses, ACS offices, or foster care agencies.

**Reaction of the Class**

12. NYLAG has received 12 phone calls and one email in response to the class notices.

13. None of the individuals who contacted NYLAG expressed any objection to the Settlement Agreement.

14. Five of the individuals were potential Class Members who were seeking assistance with their individual cases, or wanted more information about the protections in the Settlement Agreement.

15. Three of the individuals were seeking advice or referrals on matters unrelated to the *Josefina S.* litigation.

16. One individual wanted to be "added" to the litigation. NYLAG counseled this caller that, if approved, the Settlement Agreement will offer the same benefits to all Class Members, and that being a Named Plaintiff or Class Representative does not offer additional benefits.

17. Four individuals did not respond to NYLAG's attempts to contact them.

18. I am not aware that anyone intends to object to the Settlement Agreement at the Fairness Hearing.

**Attorneys' Fees**

19. The Parties are currently negotiating attorneys' fees and costs. Pursuant to the Court's Order of December 21, 2023, if the Parties are unable to reach agreement on fees, Plaintiffs' counsel shall file a motion for attorneys' fees and costs within ninety days after the Stipulation's Effective Date.

**Exhibits**

20. Attached as Exhibit A is the Settlement Agreement.

21. Attached as Exhibit B is a Proposed Order.

Dated: New York, New York
      January 8, 2024

                                    Respectfully submitted,

                                By: */s/ Elizabeth Jois*
                                      Elizabeth Jois